| AO 10<br>Rev. 1/2014 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2013** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Erickson, Ralph R. | 2. Court or Organization<br><br>District of North Dakota | 3. Date of Report<br><br>08/29/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>US District Judge--Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>Quentin Burdick US Courthouse<br>655 1st Ave. N., Ste. 410<br>Fargo, ND 58102-4952 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Director | Sharehouse Foundation, Fargo, ND |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/15/88 | 401K Ohnstad Twichell, P.C. |
| 2. 2/15/93 | NDPERS County Retirement Plan |
| 3. 1/02/05 | NDPERS State Judicial Retirement Plan |
| 4. 12/31/96 | 457(b) Plan State of North Dakota |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 08/29/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/2013 | Self-employed Optometrist |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 08/29/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 08/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AWSHX | A | Dividend | J | T | | | | | |
| 2. Lsi Logic Corp. | | None | J | T | | | | | |
| 3. Intel, Inc., common stock | A | Dividend | J | T | | | | | |
| 4. Alcatel Lucent common stock | | None | J | T | | | | | |
| 5. Oakmark Select, mutual fund | A | Dividend | J | T | | | | | |
| 6. Proctor & Gamble, common stock | A | Dividend | J | T | | | | | |
| 7. Wells Fargo & Co., common stock | A | Dividend | J | T | | | | | |
| 8. Fed. Capital Reserve Fund, Bell State Bank & Trust (X) 401K | A | Interest | K | T | | | | | |
| 9. ING Aetna 457(b) ING (Aetna) VP Index Plus Large Cap. | B | Int./Div. | K | T | | | | | |
| 10. ING Aetna 457(b) Fidelity VIP Growth Portfolio 109 | B | Int./Div. | K | T | | | | | |
| 11. ING Aetna 457(b) T.Rowe Price MC Gr-Init-449 | B | Int./Div. | K | T | | | | | |
| 12. ING Aetna 457(b) Oppenheimer Global Pt-Init--432 | B | Int./Div. | J | T | | | | | |
| 13. Gate City Savings--Savings Account | A | Interest | J | T | | | | | |
| 14. Digital Broadcast Corporation | | None | J | W | | | | | |
| 15. Guardian Insurance Trust #1 | D | Dividend | M | T | | | | | |
| 16. Guardian Insurance (Life Insurance Cash Value) | E | Dividend | M | T | | | | | |
| 17. Guardian Insurance (Cash Value) | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Guardian Insurance (Cash Value) | D | Dividend | L | T | | | | | |
| 19. Guardian Insurance (Cash Value) | A | Dividend | K | T | | | | | |
| 20. Jackson National Life (Life Insurance cash value) | B | Interest | K | T | | | | | |
| 21. Assets in SEP at Alerus Financial | | | | | | | | | |
| 22. POIXX | A | Int./Div. | J | T | | | | | |
| 23. FTRBX | B | Dividend | L | T | Buy (add'l) | 01/23/13 | J | | |
| 24. | | | | | Buy (add'l) | 03/04/13 | J | | |
| 25. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 26. | | | | | Buy (add'l) | 05/03/13 | J | | |
| 27. | | | | | Buy (add'l) | 10/04/13 | J | | |
| 28. DFSVX | A | Dividend | J | T | Buy (add'l) | 03/04/13 | J | | |
| 29. | | | | | Buy (add'l) | 05/03/13 | J | | |
| 30. VBTSX | A | Dividend | | | Sold | 01/15/13 | J | | |
| 31. GRSIX | A | Dividend | | | Sold | 03/04/13 | J | | |
| 32. PCRIX | A | Dividend | J | T | | | | | |
| 33. VISGX | A | Dividend | J | T | | | | | |
| 34. DFIVX | A | Dividend | K | T | Buy (add'l) | 03/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 08/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 36. FIADX | A | Dividend | K | T | Buy (add'l) | 03/25/13 | J | | |
| 37. VTSGX | A | Dividend | | | Buy (add'l) | 03/04/13 | J | | |
| 38. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 39. | | | | | Sold | 06/10/13 | K | A | |
| 40. VISGX | C | Dividend | M | T | Buy (add'l) | 01/17/13 | J | | |
| 41. | | | | | Buy (add'l) | 01/23/13 | J | | |
| 42. | | | | | Buy (add'l) | 01/08/13 | J | | |
| 43. | | | | | Buy (add'l) | 03/04/13 | J | | |
| 44. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 45. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 46. | | | | | Buy (add'l) | 05/03/13 | J | | |
| 47. | | | | | Buy (add'l) | 10/10/13 | J | | |
| 48. FSBAX | A | Dividend | | | Sold | 03/28/13 | J | A | |
| 49. GLD | | None | | | Buy (add'l) | 05/07/13 | J | | |
| 50. | | | | | Sold | 01/15/13 | J | A | |
| 51. VBMFX | A | Dividend | | | Sold | 01/15/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 08/29/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DFEVX | A | Dividend | J | T | | | | | |
| 53. DHR | | None | | | Sold | 01/22/13 | J | A | |
| 54. BHYIX | A | Dividend | J | T | Buy | 10/23/13 | J | | |
| 55. PMZIX | A | Dividend | J | T | Buy | 01/15/13 | J | | |
| 56. | | | | | Buy (add'l) | 05/03/13 | J | | |
| 57. | | | | | Buy (add'l) | 08/23/13 | J | | |
| 58. | | | | | Buy (add'l) | 10/04/13 | J | | |
| 59. | | | | | Sold (part) | 10/23/13 | J | A | |
| 60. VSIGX | A | Dividend | J | T | Buy | 10/04/13 | J | | |
| 61. DFWIX | A | Dividend | K | T | Buy | 06/10/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 08/29/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 08/29/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Ralph R. Erickson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544